UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAURIE GARDENKRANS,

        Plaintiff,

   v.

THE COLLEGE NETWORK, INC.;
GLENN CASON; BOB GALLUP;
GARY EYLER; and DOES 1
through 100, inclusive,

        Defendants.
_____/

NO. CIV. S-09-1146 LKK/DAD

O R D E R

    Pending before the court is defendants Cason, Gallup, and Eyler's motion to dismiss plaintiff's causes of action as to them. Plaintiff has filed a statement of non-opposition to the motion. Accordingly, defendants' motion to dismiss is GRANTED. Defendants Glenn Cason, Bob Gallup, and Gary Eyler are hereby DISMISSED from this action.

    IT IS SO ORDERED.

    DATED: May 18, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT