IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GARDENKRANS,<br><br>    Plaintiff,<br><br>v.<br><br>THE COLLEGE NETWORK, INC., et al.,<br><br>    Defendants.<br>_____/ | No. CIV S-09-1146 DAD<br><br><u>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |

Pursuant to the consents filed by all remaining parties and the order filed on June 17, 2009, this action has been reassigned to the undersigned for all further proceedings. All hearing dates previously set before the district judge have been vacated.

Good cause appearing, IT IS ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for **July 31, 2009 at 11:00 a.m.** before the undersigned in Courtroom No. 27.

2. The parties shall file a joint status report on or before July 28, 2009. The joint status report shall address the following matters:

    a.    Possible joinder of additional parties;

    b.    Any expected or desired amendment of the pleadings;

/////

1

c. Jurisdiction and venue;

d. Anticipated motions and the scheduling thereof;

e. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

f. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, the scheduling of final pretrial conference and trial, and an estimate of the length of the trial;

g. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

h. Whether the case is related to any other case, including matters in bankruptcy;

i. Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge; and

j. Any other matters that may aid in the just and expeditious disposition of this action.

3. All parties are permitted to appear at the status conference telephonically. To arrange telephonic appearance, counsel shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, at least 48 hours prior to the status conference.

DATED: June 17, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\gardenkrans1146.ossc