DAVID P. MASTAGNI, ESQ. (SBN 057721)
PHILLIP R. A. MASTAGNI, ESQ, (SBN 238254)
JAMES B. CARR, ESQ. (SBN 53274)
ANTHONY P. DONOGHUE, ESQ, (SBN 254113)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN**
A PROFESSIONAL CORPORATION
1912 "I" STREET
SACRAMENTO, CALIFORNIA 95814
TELEPHONE:         (916) 446-4692
FACSIMILE:  (916) 447-4614

Attorneys for Plaintiff Laurie Gardenkrans


JAMERSON C. ALLEN (State Bar No. 132866)
CARA CHING-SENAHA (State Bar No. 209467)
REBECCA BENHURI (State Bar No. 209443)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone      415.394.9400
Facsimile:      415.394.9401
Email: allenj@jacksonlewis.com
Email: ching-senahac@jacksonlewis.com

Attorneys for Defendant
THE COLLEGE NETWORK, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GARDENKRANS<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THE COLLEGE NETWORK, INC.; GLENN CASON; BOB GALLUP; GARY EYLER; and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 2:09-CV-01146-DAD<br><br>**JOINT STIPULATION REGARDING DISCOVERY AND PRIVATE MEDIATION; AND ORDER**<br><br>No Trial Date Assigned |

　　　COME NOW Plaintiff Laurie Gardenkrans and Defendant The College Network, Inc. ("TCN") (collectively hereinafter the "Parties"), through their respective counsel of record, and respectfully submit this Joint Stipulation and Proposed Order.

-1-

**JOINT STIPULATION; PROPOSED ORDER**　　　　　　　　　　　Case No.2:09-CV-01146-DAD

The Parties hereby stipulate and agree:

1. The Parties have agreed to participate in private mediation before a mutually agreed upon mediator. Said private mediation shall be held within the next 120 days. The cost of the private mediation shall be equally borne by the Parties;

2. The Parties shall simultaneously serve by mail their initial disclosures on Monday, August 17, 2009, in accordance with Fed.R.Civ.Proc. 26(a)(1)(A);

3. The Parties shall not engage in any discovery, motions practice, appearances or case activity of any type. In other words, all activity in this case including but not limited to motions, filings, and discovery of all types and all forms shall be stayed for 120 days or until December 11, 2009 (with the sole exception of the Joint Scheduling Conference Report due on December 9, 2009, as expressly referenced below);

4. Notwithstanding the provisions of paragraph 3 above, the Parties may choose to voluntarily and informally exchange documents to enable the parties and their counsel to participate meaningfully in private mediation; however, no deposition and no other exchange of information is contemplated nor required by this Joint Stipulation;

5. If the matter is not completely resolved at the mediation, then:

(1) the Parties shall file with the Court their Joint Scheduling Conference Report by no later than close of business (5:00 p.m.) on Wednesday, December 9, 2009; and

(2) a further Scheduling Conference will be held on Friday, December 11, 2009 at 11:00 a.m. before Magistrate Judge Dale A. Drozd.

SO STIPULATED.

DATED: August 5, 2009   **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**

By:  */s/ Phillip Mastagni*
PHILLIP R.A. MASTAGNI (SBN 238254)

Attorneys for Plaintiff
Laurie Gardenkrans

-2-

**JOINT STIPULATION; PROPOSED ORDER**          Case No. 2:09-CV-01146-DAD

Respectfully Submitted,

DATED:  August 5, 2009                **JACKSON LEWIS, LLP**

By: */s/ Cara Ching-Senaha*
JAMERSON C. ALLEN
CARA CHING-SENAHA (SBN 209467)
Attorneys for Defendant,
The College Network, Inc.

### **ORDER**

The Parties having stipulated to the foregoing, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

1. That all discovery, motions practice, appearances and case activity of any type shall be stayed for 120 days or until December 11, 2009; and

2. That the Parties have agreed to participate in private mediation before a private mediator of their own choosing, the cost of which they shall bear equally; and

3. A Further Scheduling Conference is scheduled on Friday, December 11, 2009 at 11:00 a.m. before Magistrate Judge Dale A. Drozd; and

4. The Parties shall file their Joint Scheduling Conference Report by no later than close of business (5:00 p.m.) on Wednesday, December 9, 2009, assuming the matter does not completely resolve at the private mediation.

IT IS SO ORDERED

DATED: August 6,  2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.civil/gardenkrans1146.stipord