DAVID P. MASTAGNI, ESQ. (SBN 057721)
PHILLIP R. A. MASTAGNI, ESQ, (SBN 238254)
JAMES B. CARR, ESQ. (SBN 53274)
ANTHONY P. DONOGHUE, ESQ, (SBN 254113)
**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**
A PROFESSIONAL CORPORATION
1912 "I" STREET
SACRAMENTO, CALIFORNIA 95814
TELEPHONE:         (916) 446-4692
FACSIMILE:  (916) 447-4614

Attorneys for Plaintiff Laurie Gardenkrans


JAMERSON C. ALLEN (State Bar No. 132866)
CARA CHING-SENAHA (State Bar No. 209467)
REBECCA BENHURI (State Bar No. 209443)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, CA  94105
Telephone     415.394.9400
Facsimile:      415.394.9401
Email: allenj@jacksonlewis.com
Email: ching-senahac@jacksonlewis.com

Attorneys for Defendant
THE COLLEGE NETWORK, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GARDENKRANS,<br><br>                   Plaintiff,<br><br>v.<br><br>THE COLLEGE NETWORK, INC.; GLENN CASON; BOB GALLUP; GARY EYLER; and DOES 1 through 100, Inclusive,<br><br>                   Defendants. | Case No. 2:09-CV-01146-DAD<br><br>**JOINT STIPULATION AND REQUEST REGARDING DISCOVERY AND EXTENSION OF TIME TO PARTICIPATE IN PRIVATE MEDIATION; PROPOSED ORDER**<br><br>Scheduling Conference<br>Current Date: December 11, 2009<br>Time: 11:00 a.m.<br>Judge: Magistrate Dale A. Drozd<br><br><br>No Trial Date Assigned |

-1-

**JOINT STIPULATION; PROPOSED ORDER**                                                         Case No.2:09-CV-01146-DAD

COME NOW Plaintiff Laurie Gardenkrans and Defendant The College Network, Inc. ("TCN") (collectively hereinafter the "Parties"), through their respective counsel of record, and respectfully submit this Joint Stipulation and Proposed Order.

The Parties hereby stipulate and agree:

1. The Parties have agreed to participate in private mediation before a mutually agreed upon mediator. Due to scheduling conflicts and pre-existing commitments by the Parties and their counsel in the months of October and November and due to the mediator's limited availability in the months of December and January, said private mediation has been scheduled before the Honorable Cecilia Bond (ret.) on January 20, 2010 - the first available date for all parties, their counsel, and the mediator. The cost of the private mediation shall be equally borne by the Parties;

2. The Parties hereby request this Court reschedule the Scheduling Conference currently set for Friday, December 11, 2009 at 11:00 a.m. before Magistrate Judge Drozd, to a date no earlier than January 29, 2010 (one week following the scheduled mediation), so that the Parties may dedicate their full time and resources to preparing for the scheduled mediation before Judge Bond (ret.);

3. The Parties previously served their initial disclosures, in accordance with Fed.R.Civ.Proc. 26(a)(1)(A);

4. The Parties previously agreed, and they hereby reiterate their ongoing agreement, to not engage in any discovery, motions practice, appearances or case activity of any type. In other words, all activity in this case including but not limited to motions, filings, and discovery of all types and all forms shall be stayed until at least the next scheduling conference scheduled by this Court (with the sole exception of any scheduling reports or papers requested by the Court in its consideration of this Joint Stipulation), unless otherwise extended by the Parties by mutual agreement;

5. Notwithstanding the provisions of paragraph 4 above, the Parties may choose to voluntarily and informally exchange documents to enable the parties and their counsel to

1  participate meaningfully in private mediation; however, no deposition and no other exchange of
2  information is contemplated nor required by this Joint Stipulation;
3      6.    If the matter is not completely resolved at the mediation on January 20, 2010, then:
4      (1) the Parties shall file with the Court their Joint Scheduling Conference Report
5      by no later than close of business (5:00 p.m.) on Wednesday, January 27, 2010
6      (one week following the scheduled mediation) or on such date as the Court may
7      order; and
8      (2) a further Scheduling Conference may be held on Friday, January 29, 2010,
9      before Magistrate Judge Dale A. Drozd, or as soon thereafter as the Court may
10     order.
11 SO STIPULATED.

DATED: November 12, 2009

**MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**

By: */s/ Phillip Mastagni*
PHILLIP R.A. MASTAGNI (SBN 238254)

Attorneys for Plaintiff
Laurie Gardenkrans

Respectfully Submitted,

DATED: November 9, 2009

**JACKSON LEWIS, LLP**

By: */s/ Cara Ching-Senaha*
JAMERSON C. ALLEN
CARA CHING-SENAHA (SBN 209467)
Attorneys for Defendant,
The College Network, Inc.

### **ORDER**

The Parties having stipulated to the foregoing, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED:

1. That all discovery, motions practice, appearances and case activity of any type shall be stayed until the next Scheduling Conference; and

-3-

2. The Scheduling Conference currently set for December 11, 2009 at 11:00 a.m. before Magistrate Judge Dale A. Drozd shall be rescheduled to: February 5, 2010, at 11:00 a.m., in Courtroom No. 27;

3. That the Parties have agreed to participate in private mediation before a private mediator of their own choosing, the cost of which they shall bear equally; and

4. The Parties shall file their Joint Scheduling Conference Report by no later than close of business (5:00 p.m.) on January 29, 2010, assuming the matter does not completely resolve at the private mediation currently set for January 20, 2010.

IT IS SO ORDERED.

DATED: November 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/gardenkrans1146.stipord

H:\C\College Network (The) -Gardenkrans (125995)\Pleadings\20091109 CMC Jt Stip and Order re Extension of Date to Participate in Private Mediation (clean version) - FINAL.doc