DAVID P. MASTAGNI, SBN 057721
PHILLIP MASTAGNI, SBN 238254
**MASTAGNI, HOLSTEDT, AMICK,**
**MILLER & JOHNSEN**
1912 I Street
Sacramento, California 95814
Telephone:  (916) 446-4692
Fax: 916-447-4614
phillip@mastagni.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GARDENKRANS<br><br>Plaintiff,<br><br>v.<br><br>THE COLLEGE NETWORK, INC.; GLENN CASON; BOB GALLUP; GARY EYLER; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:09-cv-01146-DAD<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND ORDER EXTENDING TIME TO FILE DISPOSITIONAL PAPERS**<br>**[Local Rule 16-160]** |

Plaintiff LAURIE GARDENKRANS, an individual, through her counsel, respectfully submit the following Notice of Settlement and stipulation and request:

1. On January 14, 2010, Plaintiff and Defendants reached a settlement of Plaintiff's claims.

2. Due to the multi-state character of this litigation, and bearing in mind that Defendant is an out-of-state Corporation based in Indiana, settlement of this action requires transmittal of documents and things out-of-state.

3. All court dates, including, the February 5, 2010 Scheduling Conference are continued 60 days pending final resolution and dismissal of this case, or other disposition.

4. Good cause exists to grant 60 calendar days from the date of today's Notice of Settlement until March 30, 2010 for the filing of documents disposing of the above entitled action.

Dated: January 28, 2010      **MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN**

By: ____/s/ _*Phillip R. A. Mastagni*_____
PHILLIP R.A. MASTAGNI
Attorneys for Plaintiff Laurie Gardenkrans

**SO STIPULATED**

Dated:  January 28, 2010      **Jackson Lewis**

By____*/s* Cara Ching-Senaha_____/
Cara Ching-Senaha
Attorneys for Defendant
The College Network

2
**Notice of Settlement and Stipulation and Order**

Good cause having been shown, IT IS HEREBY ORDERED that:

1. The Status (Pretrial Scheduling) Conference set for February 5, 2010 is vacated, and the stay of all discovery and motion practice remains in effect.

2. The parties' Stipulation Extending Time to File Dispositional Papers (Doc. No. 29) is adopted, and all dispositional papers shall be filed by March 30, 2010.

Dated: February 2, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/gardenkrans1146.settle

1
**Notice of Settlement and Stipulation and Order**