DAVID P. MASTAGNI, SBN 057721
PHILLIP MASTAGNI, SBN 238254
**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN**
1912 I Street
Sacramento, California 95811
Telephone: (916) 446-4692

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE GARDENKRANS | Case No. 2:09-cv-01146-DAD |
| Plaintiff, | **STIPULATED DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| THE COLLEGE NETWORK, INC.; GLENN CASON; BOB GALLUP; GARY EYLER; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all claims and all parties pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs.

Dated: March 24, 2010         **MASTAGNI, HOLSTEDT, AMICK,
                               MILLER & JOHNSEN**

                              By: ____/s/ _Phillip R. A. Mastagni_____
                                  PHILLIP R.A. MASTAGNI
                                  Attorneys for Plaintiff
                                  Laurie Gardenkrans

/////

/////

1

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

Dated: March 24, 2010          **Jackson Lewis**

                               By___*/s/ Cara Ching-Senaha*___
                                  Cara Ching-Senaha
                                  Attorneys for Defendant

                                  The College Network

**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER**

ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and for good cause shown, the Court hereby ADOPTS the parties' stipulation. Accordingly, Plaintiff's claims against Defendants are dismissed with prejudice and each party shall bear its own fees and costs. The Clerk shall close the case.

IT IS SO ORDERED.

Dated: March 25, 2010

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/gardenkrans1146.stipord.dsm